IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:12cv3

| | |
|---|---|
| DR. JOHN E. PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WESTERN CAROLINA UNIVERSITY ) | |
| and UNIVERSITY OF NORTH ) | |
| CAROLINA, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is the Motion to Extend Pre-Trial Deadlines [# 20]. Discovery in this case is set to close on December 1, 2012. The mediation deadline is December 15, 2012. Dispositive motions are due January 1, 2013. Trial is set for May 28, 2013. Plaintiff now moves the Court to extend all the pretrial deadlines in this case. Specifically, Plaintiff requests that the Court extend the discovery and mediation deadlines to January 31, 2013, and the motions deadline until March 4, 2013. Although Plaintiff contend that this will not affect the trial date, the deadlines requested by Plaintiff do not provide the District Court with sufficient time to rule on any summary judgment motions prior to trial. Absent an order from the District Court resetting the trial date or a stipulation by the parties that no summary judgment motions will be filed, the Court cannot grant the

extension requested. Accordingly, the Court **DENIES** the motion [# 20]. The Court, however, **EXTENDS** the discovery and mediation deadline in this case until January 1, 2013, and the dispositive motion deadline until January 11, 2013. No further extensions can be granted by this Court.

Signed: November 19, 2012

Dennis L. Howell
United States Magistrate Judge