IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:12cv03

| | |
|---|---|
| DR. JOHN E. PATTERSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WESTERN CAROLINA UNIVERSITY )<br>and )<br>UNIVERSITY OF NORTH CAROLINA, )<br>)<br>Defendants. )<br>_____) | ORDER |

**THIS MATTER** is before the Court on the Defendants' Motion to Dismiss in Part [Doc. 13].

Pursuant to 28 U.S.C. § 636(b) and the Standing Orders of Designation of this Court, United States Magistrate Judge Dennis L. Howell was designated to consider this motion and to submit recommendations for its disposition.

On November 26, 2012, the Magistrate Judge filed a Memorandum and Recommendation in which he recommended granting the Motion to Dismiss. [Doc. 22]. The parties were advised that any objections to the

1

Magistrate Judge's conclusions and recommendations were to be filed in writing within fourteen days of service of the Memorandum and Recommendation and that failure to file objections thereto would preclude the parties from raising any objection on appeal. [Id., at 9]. The period within which to file objections expired on December 13, 2012 and no objections to the Memorandum and Recommendation have been filed.

Having conducted a careful review, the Court concludes that the Magistrate Judge's recommendation is supported by the facts of record and the law. Accordingly, the Court hereby accepts the Magistrate Judge's Recommendation and grants the Defendants' Motion to Dismiss in Part.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Defendants' Motion to Dismiss in Part is hereby **GRANTED** and the Plaintiff's causes of action contained within (1) Count One for violations of Title VII, (2) Count Three for violations of the First Amendment, and (3) Count Four for a claim pursuant to N.C. Gen. Stat. §126-84 are hereby **DISMISSED** with prejudice.

Signed: January 14, 2013

Martin Reidinger
United States District Judge